1  Alan Steven Wolf – Bar No. 94665
Caren Jacobs Castle – Bar No. 93888
2  Daniel K. Fujimoto – Bar No. 158575
Kayo Manson-Tompkins - Bar No. 136476
3  THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
4  Irvine, CA 92614
Telephone:  (949) 720-9200
5  Fax:  (949) 608-0128
Attorneys for Creditor, U.S. Bank
6  National Association, as indenture
trustee, for the holders of the CIM Trust
7  2017-4, Mortgage-Backed Notes, Series
2017-4

8

9

10

11

12

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

13

14  In re:

15  Mark Robert Danenhower and Christina
Maydrid Danenhower

16                 Debtor(s).

17

18

Case No.:  17-23908

Chapter No.  7

**REQUEST FOR SPECIAL NOTICE AND
FOR INCLUSION IN MAILING GRID**

(No Hearing Date Set**)**

19

20  TO THE HONORABLE MICHAEL S. MCMANUS, BANKRUPTCY JUDGE; THE CLERK

21  OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER 7

22  TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

23       PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules

24  and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for

25  Creditor U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR

26  THE HOLDERS OF THE CIM TRUST 2017-4, MORTGAGE-BACKED NOTES, SERIES

27  2017-4, requests special notice of all matters which must be noticed to creditors, the

28

REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID

6401-40510

1  Creditors' Committee or other parties in interest and further requests inclusion in the

2  mailing grid.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
)

6401-40510

1         All copies should be sent to the following address:

2                 THE WOLF FIRM, A Law Corporation

3                 2955 Main Street, Second Floor

4                 Irvine, CA  92614

5   Date:  August 7, 2017             Respectfully submitted,

6                          THE WOLF FIRM,
7                          A Professional Law Corporation

8

9                          By:  /s/ Daniel K. Fujimoto
                           Daniel K. Fujimoto
10                         Attorney for Creditor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

)

6401-40510