Allen C. Massey - 172024
Antonia G. Darling [State Bar No. 76190]
Assistant United States Trustee
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100 / Fax (916) 930-2099
Antonia.Darling@usdoj.gov

Attorneys for the United States Trustee,
　Region 17, Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Mark Robert Danenhower and<br>Christina Maydrid Danenhower<br><br>　　Debtor(s). | CASE NO. 17-23908-A-7<br><br>DCN: UST-1<br>CHAPTER 7 PROCEEDING<br>No Hearing Requested |

MOTION OF THE UNITED STATES TRUSTEE
TO REOPEN CASE

TO: THE HONORABLE MICHAEL S. McMANUS, BANKRUPTCY JUDGE:

　　COMES NOW THE UNITED STATES TRUSTEE, through undersigned counsel, respectfully requesting the Court as follows:

　　1.　　The above-referenced case was initially filed on June 10, 2017, and discharge was granted on September 18, 2017, Kimberly Husted was appointed as the Trustee in the matter and relieved by the Court when the case was closed.

　　2.　　As there appear to be assets which need to be liquidated and distributed to the creditors, the United States Trustee states that a Chapter 7 Trustee will need to be appointed in order to protect the interests of the creditors and to insure the efficient administration of the estate.

WHEREFORE, the United States Trustee prays the Court to ORDER the above case re-opened pursuant to 11 U.S.C. 350(b) so that these assets may be administered; and, that the Court find that a Trustee is necessary in this case, and directs that the United States Trustee so appoint a trustee, pursuant to Bankruptcy Rule 5010.

Executed in Sacramento, California on October 24, 2017.

RESPECTFULLY SUBMITTED,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ ALLEN C. MASSEY
Allen C. Massey
Attorney for Tracy Hope Davis,
United States Trustee