FORM L147 Order Reopening Case (v.3.16)          17–23908 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER REOPENING CASE

**Case Number:** 17–23908 – A – 7

**Debtor Name(s) and Address(es):**

Mark Robert Danenhower
1550 Carbondale Rd
Ione, CA 95640

Christina Maydrid Danenhower
1550 Carbondale Rd
Ione, CA 95640

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

The Solar Company
CMD Commercial Holdings, LLC

The Solar Company
CMD Commercial Holdings, LLC

**IT IS ORDERED** that the above–entitled case is hereby reopened.

**IT IS FURTHER ORDERED** that the United States Trustee is authorized to appoint a trustee in this case.

Dated: 10/24/17

ORDERED PURSUANT TO GENERAL ORDER 16–04
WAYNE BLACKWELDER, CLERK

By: __smis_____
              Deputy Clerk