Allen C. Massey - 172024
ANTONIA G. DARLING- 76190
Assistant United States Trustee
Email: Antonia.Darling@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100 Fax (916)930-2099

Attorneys the United States Trustee
Region 17
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:                                                  CASE: 17-23908-A-7

Mark Robert Danenhower and
Christina Maydrid Danenhower,

    Debtors.
_____/

APPOINTMENT OF TRUSTEE IN RE-OPENED CASE

Kimberly Husted is hereby appointed successor trustee for the above-referenced debtors. Kimberly Husted has filed a blanket bond.

If Kimberly Husted having been selected as interim trustee in the above-mentioned case, does not notify the Office of the United States Trustee and Court in writing of rejection of the office within seven days (7) after receipt of notice of selection, the interim trustee shall be deemed to have accepted the office.

                                              Respectfully submitted,

DATED: October 24, 2017              /s/ Allen C. Massey
                                              Attorney for Tracy Hope Davis,
                                              United States Trustee