Filed 11/20/17 — Case 17-23908 — Doc 40

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn No. 119366)
Aaron A. Avery (CA Bar Assn No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for
KIMBERLY J. HUSTED,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

In re

MARK ROBERT DANENHOWER AND CHRISTINA MAYDRID DANENHOWER,

Debtors.

Case No.: 17-23908-A-7

DC No.: HSM-002

Date: December 18, 2017
Time: 10:00 a.m.
Place: 501 I Street
Sacramento, CA
Ctrm. 28, 7th Flr.
Judge: Hon. Michael S. McManus

**DECLARATION OF KIMBERLY J. HUSTED IN SUPPORT OF
FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES TO COUNSEL
FOR THE CHAPTER 7 TRUSTEE**

I, KIMBERLY J. HUSTED, declare as follows:

1. I am the Chapter 7 Trustee for the above-captioned estate. I have personal knowledge of the facts set forth herein. If called upon to testify as to those facts, I could competently do so. As to those facts stated on information and belief, I believe them to be true.

2. I was appointed as Chapter 7 Trustee on June 12, 2017, and served in that capacity until this case was closed on September 22, 2017. This case was ordered reopened on October 24, 2017. I was re-appointed as Chapter 7 Trustee on October 24,

\\HSMfs2\Clients\Husted, Kimberly\Danenhower, Mark & Christina (7830-0047)\pldg (hsm-2) final fee app\pldg first and final app (7830-47); dec kjh.docx

2017, and continue to serve in that capacity.

3. This Declaration is submitted in support of the accompanying First and Final Application for Allowance of Compensation and Reimbursement of Expenses to Counsel for the Chapter 7 Trustee (the "Application"), filed by HEFNER, STARK & MAROIS, LLP ("Counsel"), my Counsel herein.

4. I have reviewed the Application and supporting pleadings filed herewith. This review included Exhibit "A" attached to the Exhibits Cover Sheet filed and served herewith, which is a detailed transaction file list of legal services provided to me by Counsel during the period covered by the Application. From this review, I determined that the services performed by Counsel on my behalf were those requested by me, that the time spent by Counsel was reasonable, necessary, and in accordance with the requirements of the case, and that Counsel's services were beneficial to the estate and enabled my administration thereof.

5. I have now administered all assets of this bankruptcy estate. I have recovered funds arising from a tax refund in the amount of $18,607.00 that will make this estate solvent. Unsecured creditors will receive a distribution in this case.

6. I do not anticipate filing any objections to claims. After my professionals' compensation applications are adjudicated, I can proceed to complete my final closing tasks, distribute assets, and close this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 20 day of November, 2017, at Gold River, California.

_____
Kimberly J. Husted