**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn No. 119366)
Aaron A. Avery (CA Bar Assn No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for
KIMBERLY J. HUSTED,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re<br><br>MARK ROBERT DANENHOWER AND CHRISTINA MAYDRID DANENHOWER,<br><br>Debtors. | Case No.: 17-23908-A-7<br><br>DC No.: HSM-002<br><br>Date: December 18, 2017<br>Time: 10:00 a.m.<br>Place: 501 I Street<br>Sacramento, CA<br>Ctrm. 28, 7th Flr.<br>Judge: Hon. Michael S. McManus |

**EXHIBITS COVER SHEET IN SUPPORT OF FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO COUNSEL FOR THE CHAPTER 7 TRUSTEE**

Exhibit "A" - Counsel's Detail Fee Report ....................................................... Pages 2 - 4

Dated: November 20, 2017        HEFNER, STARK & MAROIS, LLP

                        By /s/ Howard S. Nevins
                        Howard S. Nevins, Attorneys for
                        KIMBERLY J. HUSTED,
                        Chapter 7 Trustee

| Trans Date | Tmkr | Stmt # Rate | Hours to Bill | Amount | No Charge | Narrative |
|---|---|---|---|---|---|---|
| **ASSET INVESTIGATION** | | | | | | |
| 06/16/2017 | HSN | 400.00 | 0.30 | 120.00 | | TELEPHONE CONFERENCE WITH DEBTOR'S ATTORNEY MCENROE AND HIS ASSISTANT AMY RE ISSUES FROM DEBTORS' SOFA - SPECIFICALLY RE REXEL BANK LEVY |
| 06/16/2017 | HSN | 400.00 | 0.20 | 80.00 | | EMAILED TRUSTEE RE CALL WITH DEBTOR'S ATTORNEY MCENROE AND HIS ASSISTANT AMY RE ABOVE ISSUES, CONCERNS, EXPECTED RECEIPT OF DOCUMENTS |
| 06/16/2017 | HSN | 400.00 | 0.30 | 120.00 | | INITIAL REVIEW OF EMAILS AND DOCUMENTS FROM DEBTORS' COUNSEL |
| 06/16/2017 | HSN | 400.00 | 0.20 | 80.00 | | REVIEW EMAIL FROM TRUSTEE IN RESPONSE TO ABOVE EMAIL AND RE INITIAL ASSESSMENT OF CASE, WHETHER WE HAVE ANY ASSETS TO ADMINISTER, SHE TO EMAIL ADDITIONAL DOCUMENTS TO REVIEW, ETC |
| 06/16/2017 | AAA | 320.00 | 0.50 | 160.00 | | REVIEW RE EMAILS RE POSSIBLE ISSUES, ASSETS, CLAIMS, AVOIDABLE TRANSFER IN CASE, AND RESPOND AS APPROPRIATE RE HEFNER, STARK & MAROIS, LLP EMPLOYMENT ISSUES (.2); REVIEW AND RESPOND AS APPROPRIATE TO HSN RE TRUSTEE EMAIL WITH DOCUMENTS, SPECIFICALLY RE LARGE NOL - CORPORATE (.3) |
| 06/19/2017 | HSN | 400.00 | 0.40 | 160.00 | | BRIEF FURTHER REVIEW OF EMAILS AND DOCUMENTS FROM DEBTORS COUNSEL AND COORDINATED WITH ASSISTANT RE SAVING ALL IN SYSTEM |
| 06/20/2017 | HSN | 400.00 | 1.40 | 560.00 | | FURTHER REVIEW AND ANALYSIS TO DETERMINE WHETHER ESTATE HAS ANY AVOIDANCE ACTIONS OR OTHER ASSETS TO PURSUE (1.1) AND EMAIL TO TRUSTEE RE SAME (.3) |
| 07/12/2017 | AAA | 320.00 | 0.50 | 160.00 | | TELEPHONE CONFERENCE WITH DEBTORS ATTORNEY (.3); TELEPHONE CONFERENCE WITH TRUSTEE (.2) |
| 07/13/2017 | AAA | 320.00 | 0.40 | 128.00 | | RESEARCH RE INFORMATION FROM TRUSTEE RE LIENS |
| 07/13/2017 | AAA | 320.00 | 0.30 | 96.00 | | TELEPHONE CONFERENCE WITH TRUSTEE RE ABOVE |
| 07/18/2017 | AAA | 320.00 | 0.20 | 0.00 | 0.20 | STAFF CONFERENCE WITH H. NEVINS RE ISSUES IN CASE, COMPLICATIONS AND ISSUES RELATED TO NON DEBTOR CORPORATE ENTITY (NO CHARGE) |
| 07/21/2017 | HSN | 400.00 | 2.10 | 840.00 | | REVIEWED UCC DOCUMENTS FROM TRUSTEE AND LENGTHY AUDIO OF 341 IN DEBTORS CASE (1.3); RE-REVIEWED DEBTORS SCHEDULES AND SOFA (.3); ANALYZED ISSUES IN CONNECTION WITH THE SOLAR COMPANY, WHETHER ANY VALUE THERE FOR OUR ESTATE OR IN POSSIBLE FRAUDULENT TRANSFERS (.5) |
| 07/21/2017 | HSN | 400.00 | 0.40 | 160.00 | | TELEPHONE CONFERENCE WITH TRUSTEE RE ABOVE AND NEXT STEPS |
| 07/24/2017 | HSN | 400.00 | 0.20 | 0.00 | 0.20 | STAFF CONFERENCE WITH A. AVERY RE OVERALL CASE ISSUES, OPTIONS AND STRATEGY GOING FORWARD (NO CHARGE) |
| 07/25/2017 | HSN | 400.00 | 0.50 | 200.00 | | REVIEW AND ANALYSIS OF DELIVERY OF COLLATERAL AND REPOSSESSION OF SUNPOWER OWNED EQUIPMENT AGREEMENT BETWEEN THE SOLAR COMPANY AND SUNPOWER |
| 07/27/2017 | HSN | 400.00 | 0.30 | 120.00 | | EMAIL TRUSTEE, AND SUBSEQUENT TELEPHONE CONFERENCE WITH HER RE REVIEW AND ANALYSIS OF COLLATERAL LIQUIDATION AGREEMENT AND CONCLUSIONS FROM SAME, POSSIBILITY OF BANKRUPTCY FILING BY THE SOLAR COMPANY AND ISSUES RE SAME |
| 07/27/2017 | HSN | 400.00 | 0.30 | 120.00 | | LEFT DETAILED MESSAGE FOR AND THEN SPOKE WITH DEBTORS ATTORNEY MCENROE RE WHETHER HE OR OTHER ATTORNEY WILL BE FILING A BK FOR THE CORPORATION AND IF SO, WHEN, WHERE, ETC - APPEARS NOT TO BE IN THE WORKS BUT HELL TALK WITH DANENHOWERS AND RESPOND FURTHER |
| 08/04/2017 | HSN | 400.00 | 0.20 | 80.00 | | REVIEW AND CONSIDER EMAIL FROM TRUSTEE TO ATTORNEY MCENROE WITH FINAL QUESTIONS, RE 341, AND RE LIKELY NO ASSET |

| Trans Date | Tmkr | Stmt # Rate | Hours to Bill | Amount | No Charge | Narrative |
|---|---|---|---|---|---|---|
| 08/07/2017 | AAA | 320.00 | 0.10 | 32.00 | | DECLARATION FOR CASE BRIEF TELEPHONE CONFERENCE WITH H. NEVINS RE POSSIBLE NEW ASSET, PROBLEMS WITH SAME |
| 08/08/2017 | AAA | 320.00 | 0.30 | 96.00 | | EMAILS WITH TRUSTEE RE FURTHER INVESTIGATION OF POSSIBLE RECEIVABLE ASSET |
| 08/08/2017 | AAA | 320.00 | 0.80 | 256.00 | | TELEPHONE CONFERENCE WITH TRUSTEE RE ABOVE |
| 08/16/2017 | HSN | 400.00 | 0.30 | 120.00 | | REVIEW ADDITIONAL DOCUMENTS DEPOSITED BY TRUSTEE INTO DROPBOX |
| **Subtotal - Asset Investigation** | | | **10.20** | **3,688.00** | **0.40** | |

**GENERAL**

| Trans Date | Tmkr | Stmt # Rate | Hours to Bill | Amount | No Charge | Narrative |
|---|---|---|---|---|---|---|
| 06/12/2017 | HSN | 400.00 | 0.30 | 120.00 | | REVIEW EMAIL FROM AND BRIEF SUBSEQUENT TELEPHONE CONFERENCE WITH TRUSTEE RE NEW MATTER / POSSIBLE RETENTION OF HEFNER, STARK & MAROIS |
| 06/12/2017 | HSN | 400.00 | 1.10 | 440.00 | | DETAILED REVIEW OF DEBTORS' PETITION, SCHEDULES AND SOFA, INITIAL EVALUATION OF ASSETS AND LEGAL ISSUES PRESENTED |
| 06/12/2017 | HSN | 400.00 | 0.20 | 80.00 | | COORDINATED WITH ASSISTANT RE OBTAINING CONFLICTS CHECK AND SETTING UP HEFNER, STARK & MAROIS EMPLOYMENT APP PAPERS |
| 06/12/2017 | AAA | 320.00 | 0.10 | 32.00 | | REVIEW RE TRUSTEE EMAIL RE POSSIBLE NEW ASSET CASE, POSSIBLE PREFERENCE ISSUES |
| 06/15/2017 | HSN | 400.00 | 0.50 | 200.00 | | REVIEW CONFLICTS REPORT IN CONNECTION WITH POSSIBLE RETENTION AS COUNSEL FOR TRUSTEE |
| 06/15/2017 | HSN | 400.00 | 1.00 | 400.00 | | FURTHER REVIEW RE POSSIBLE ASSETS TO ADMINISTER IN CASE AND OTHER ISSUES TO INVESTIGATE (.5); DETAILED EMAIL TO TRUSTEE RE SAME AND SUGGESTED NEXT STEPS (.5) |
| 06/15/2017 | HSN | 400.00 | 0.10 | 40.00 | | EMAILS WITH A. AVERY AND ASSISTANT RE HSM EMPLOYMENT APPLICATION, CONNECTIONS TO DISCLOSE FROM CONFLICTS REVIEW, ETC |
| 06/21/2017 | HSN | 400.00 | 1.20 | 480.00 | | DRAFTED ALL DOCUMENTS IN CONNECTION WITH TRUSTEE'S APPLICATION TO EMPLOY HEFNER, STARK & MAROIS LLP AND COORDINATED WITH ASSISTANT TO EMAIL SAME TO TRUSTEE FOR REVIEW AND EXECUTION |
| 07/12/2017 | AAA | 320.00 | 0.20 | 64.00 | | TELEPHONE CONFERENCE WITH TRUSTEE RE 341 MEETING ISSUES |
| 11/02/2017 | HSN | 400.00 | 0.20 | 80.00 | | EMAILS WITH TRUSTEE RE TAX REFUND, CLAIMS IN CASE, INCLUDING ADMIN CLAIM OF HEFNER, STARK & MAROIS (.1); ALSO WITH A. AVERY AND ASSISTANT RE HEFNER, STARK & MAROIS FIRST AND FINAL FEE APPLICATION (.1) |
| 11/02/2017 | AAA | 320.00 | 0.20 | 0.00 | 0.20 | REVIEW AND RESPOND AS APPROPRIATE TO H. NEVINS EMAILS RE HEFNER, STARK & MAROIS COMPENSATION APPLICATION (NO CHARGE) |
| 11/03/2017 | HSN | 400.00 | 1.50 | 600.00 | | REVIEWED DETAILED FEE AND COST REPORT AND DRAFTED HEFNER, STARK & MAROIS'S FIRST AND FINAL FEE APPLICATION, NOTICE OF HEARING, DECLARATIONS OF TRUSTEE AND H. NEVINS, EXHIBITS COVER SHEET |
| 11/03/2017 | HSN | 400.00 | 0.20 | 80.00 | | COORDINATED WITH ASSISTANT RE COMPLETING HEFNER, STARK & MAROIS'S FIRST AND FINAL FEE APPLICATION TODAY AND EMAILING WITH TRUSTEE TO FINALIZE, FILE AND SERVE ON MONDAY |
| 11/03/2017 | HSN | 400.00 | 1.00 | 400.00 | | ANTICIPATED ADDITIONAL SERVICES FOLLOWING FILING OF FEE APPLICATION, INCLUDING REVIEWING COURT'S TENTATIVE OR FINAL RULING, ATTENDING HEARING (IF NECESSARY), PREPARING ORDER AFTER HEARING, ETC |
| **Subtotal - General** | | | **7.80** | **3,016.00** | **0.20** | |

Detail Task Code Billing Report
HEFNER, STARK AND MAROIS, LLP
Client ID 7830.0047 HUSTED/KIMBERLY

Page 3 or 3

| Trans Date | Tmkr | Stmt # Rate | Hours to Bill | Amount | No Charge | Narrative |
|---|---|---|---|---|---|---|
| Subtotal for Fees | | Billable | 18.00 | 6,704.00 | 0.60 | |
| 06/30/2017 | HSN | 0.25 | | 8.00 | | PHOTOCOPIES |
| Subtotal for Expenses | | Billable | | 8.00 | | |
| Total for Client 7830.0047 Billable | | | 18.00 | 6,712.00 | | HUSTED/KIMBERLY<br>DANENHOWER/MARK & CHRISTINA |