HEFNER, STARK & MAROIS, LLP
Howard S. Nevins (CA Bar Assn No. 119366)
Aaron A. Avery (CA Bar Assn No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for
KIMBERLY J. HUSTED,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re<br><br>MARK ROBERT DANENHOWER AND CHRISTINA MAYDRID DANENHOWER,<br><br>Debtors. | Case No.: 17-23908-A-7<br><br>DC No.:  HSM-002<br><br>Date:     December 18, 2017<br>Time:    10:00 a.m.<br>Place:    501 I Street<br>              Sacramento, CA<br>              Ctrm. 28, 7th Flr.<br>Judge:   Hon. Michael S. McManus |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO COUNSEL FOR THE CHAPTER 7 TRUSTEE**

The First and Final Application for Allowance of Compensation and Reimbursement of Expenses to Counsel for the Chapter 7 Trustee (the "Application"), filed by the law firm of Hefner, Stark & Marois, LLP, counsel ("Counsel") for KIMBERLY J. HUSTED, the Chapter 7 Trustee in the above-referenced bankruptcy case ("Trustee"), was regularly scheduled for hearing at 10:00 a.m., on December 18, 2017, before the Honorable Michael S. McManus.  Having considered the Application, the pleadings and papers filed in support thereof, no opposition to the Application having been filed, due and proper notice having been given and good cause appearing therefor, the Court issued its final ruling granting the Application without oral argument.  Accordingly,

RECEIVED
December 18, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006187434

1

\\hsmfs2\clients\Husted, Kimberly\Danenhower, Mark & Christina (7830-0047)\pldg (hsm-2) final fee app\pldg first and final app (7830-47); order.docx

1     **IT IS HEREBY ORDERED** that that the Application is granted as follows:

2     1.    This Court approves as fair, reasonable and necessary to the estate, compensation and reimbursement of expenses incurred by Counsel during the period from June 12, 2017, through December 18, 2017, in the aggregate amount of $6,712.00, representing $6,704.00 for fees and $8.00 for associated costs, on a final basis; and

3.    The Trustee is authorized to immediately pay the above allowed compensation and reimbursement of expenses from such unencumbered funds as may be available to the Trustee, in accordance with the priorities set forth in the bankruptcy code.

Dated: December 19, 2017

By the Court

Michael S. McManus
United States Bankruptcy Judge

Hefner, Stark & Marois, LLP
Sacramento, CA